UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FANNIE WARRIOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No.: 12-cv-425-TCK-FHM |
| PROGRESSIVE NORTHERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Fannie Warrior, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 12th day of December 2012.

| | |
|---|---|
| s/ Tomothy P. Clancy | /s Brad L. Roberson |
| *(Signed by Filing Attorney With Permission of Attorney)* | Brad L. Roberson, OBA No. 18819 |
| | PIGNATO, COOPER, KOLKER & ROBERSON, P.C. |
| Neal E. Stauffer, OBA No. 13168 | 1120 Robinson Renaissance |
| Jody R. Nathan, OBA No. 11685 | 119 North Robinson Avenue |
| Timothy P. Clancy, OBA No. 14199 | Oklahoma City, Oklahoma 73102 |
| STAUFFER & NATHAN, P.C. | Telephone:   (405) 606-3333 |
| Post Office Box 702860 | Facsimile:   (405) 606-3334 |
| Tulsa, Oklahoma 74170-2860 | **ATTORNEYS FOR DEFENDANT** |
| Telephone:   918-592-7070 | |
| Facsimile:   918-592-7071 | |
| **ATTORNEYS FOR PLAINTIFF** | |